1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RALEIGH R. FIGUERAS,

Plaintiff,

v.

NANCY GONZALEZ, et al.,

Defendants.

1:22-cv-01328-KES-SKO (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE

Doc. 11

Plaintiff Raleigh R. Figueras is a former immigration detainee proceeding pro se and *in forma pauperis* in a civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 17, 2023, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to obey court orders and failure to prosecute.  Doc. 11.  The findings and recommendations were served on Plaintiff and provided him twenty-one (21) days to file objections thereto.  *Id.* at 5.  More than twenty-one days have elapsed, and no objections have been filed.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and

1

recommendations to be supported by the record and proper analysis.

Accordingly, it is **HEREBY ORDERED** that:

1. The findings and recommendations issued on October 17, 2023, Doc. 11, are **ADOPTED** in full;

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey court orders and failure to prosecute; and

3. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:   April 1, 2024

UNITED STATES DISTRICT JUDGE